


JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BURT DEVON FIELDS, | Case No.   CV 12-1323-PSG (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: March 14, 2012

Philip S. Gutierrez
United States District Judge